1 **BRICE E. BRYAN & ASSOCIATES**
**BRICE E. BRYAN, State Bar No. 179584**
2 **CHRISTOPHER J. BRANTINGHAM,**
**State Bar No. 261782**
3 25 W. Rolling Oaks Dr. #102
Thousand Oaks, Ca. 91361
4 (818) 223-8090
Fax (818) 223-8090
5
Attorneys for Plaintiff                                       JS - 6
6 Wayne Gall

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WAYNE GALL,** an individual | Case No: |
| Plaintiffs, | 2:13-cv-06846-FMO-CWx |
| v. | ORDER TO REMAND |
| **STRYKER ORTHOPAEDICS**, a New York corporation, **CORIN USA LIMITED, INC. D/B/A CORIN ORTHOPEDIC PRODUCTS**, a Florida Corporation and DOES 1 through 50, inclusive, | |
| Defendants. | |

On August 19, 2014, the Parties to the above-referenced action filed a Stipulated Motion to Remand. The Court having reviewed that Stipulated Motion hereby orders as follows: The Stipulated Motion is granted and the Court hereby remands this action to Los Angeles County Superior Court, Case No. BC504268.

**IT IS SO ORDERED.**

DATED:   August 20, 2014              /s/ Fernando M. Olguin

                                          Judge of the United States District Court

-1-

**-ORDER TO REMAND-**